536 U.S. 955
 BARNHART, COMMISSIONER OF SOCIAL SECURITY
v.
PEABODY COAL CO. ET AL.;
BARNHART, COMMISSIONER OF SOCIAL SECURITY
v.
BELLAIRE CORP. ET AL.; and
HOLLAND ET AL.
v.
BELLAIRE CORP. ET AL.
 No. 01-705.
 No. 01-715.
 Supreme Court of the United States.
 June 28, 2002.
 
 1
 C. A. 6th Cir. [Certiorari granted, 534 U. S. 1112.] Motion of the Solicitor General for divided argument granted. Motion of respondents Bellaire Corp. et al. for divided argument granted.